

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2021

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

Appellant's motion for an extension until March 29, 2021, to file a brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court